[No. 7877–5–II.  Division Two.  July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
TY MITCHELL GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00745–6, Robert L. Harris, J., entered June 8, 1984. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Faris, J. Pro Tem., concurred in by Charette and Goodloe, JJ. Pro Tem.

[No. 8728–6–II.  Division Two.  July 8, 1987.]

DONALD E. BUNZ, JR., *Individually and as Executor,*
ET AL, *Appellants,* v. RON STEWART,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–2–01422–8, Hewitt A. Henry, J., entered April 22, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Ladley and Mitchell, JJ. Pro Tem.

[No. 8439–2–II.  Division Two.  July 8, 1987.]

PIERCE COUNTY, *Appellant,* v. GREAT AMERICAN INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04439–7, William L. Brown, Jr., J., entered January 16, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Meiner, J. Pro Tem., concurred in by Cox and Utter, JJ. Pro Tem.